# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ****mail all correspondence* | |

July 7, 2025

Honorable Robyn F. Tarnofsky  **Letter Motion:**
United States Magistrate Judge  **Extension of Time Request**
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Christina Maldonado v. Comm'r of SSA  1:25-cv-00487-MKV-RFT**

Dear Honorable Judge Tarnofsky:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on July 7, 2025.  Due to an influx of CAR filings which have cause multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter.  Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, until September 5, 2025, with the remaining Order to remain in effect, resulting in Defendant's brief being due November 4, 2025, and Plaintiff's reply being due November 25, 2025.  This is the second request for an extension in this case, and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

**Application granted. I do not anticipate granting any further extensions of these deadlines absent very good cause shown. The Clerk of Court is respectfully requested to terminate ECF 12.**

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

**Date: July 8, 2025
    New York, NY**

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Cc:    Jonathan M. King, Esq.   (Via ECF)

Attorney for Defendant.