UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA MALDONADO,<br><br>                Plaintiff,<br><br>  -against-<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>                Defendant. | 25-CV-00487 (MKV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

On September 5, 2025, Plaintiff filed a brief in support (ECF 14). The Government's opposition shall be filed by **December 22, 2025.** Plaintiff's reply brief shall be filed by **January 12, 2026.**

DATED:  November 19, 2025
             New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge

---

[1] Frank Bisignano is the Commission of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is substituted as the defendant in this action.