**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
 CHRISTINA MALDONADO,

|  |  |
|---|---|
| Plaintiff, | 25 **CIVIL** 487 (MKV)(RFT) |
| -v- | **JUDGMENT** |

FRANK BISIGNANO
COMMISSIONER OF SOCIAL SECURITY,

Defendant.
--------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated December 30, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York

January 2, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**          K. Mango

_____
**Deputy Clerk**